# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICIO MUNGUIA,<br><br>        Petitioner,<br><br>v<br><br>A. HEDGPETH, Warden,<br><br>        Respondent. | Case No. CV 08-0759-JVS (JTL)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. Section 636, the Court has reviewed the First Amended Petition for Writ of Habeas Corpus, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

      IT IS ORDERED that judgment be entered dismissing the First Amended Petition for Writ of Habeas Corpus with prejudice.

DATED: August 13, 2009

                                              JAMES V. SELNA
                                              UNITED STATES DISTRICT JUDGE