# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICIO MUNGUIA, | Case No. CV 08-0759-JVS (JTL) |
| Petitioner, | |
| v. | **J U D G M E N T** |
| A. HEDGPETH, Warden, | |
| Respondent. | |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the First Amended Petition for Writ of Habeas Corpus in this action is dismissed with prejudice.

DATED:   August 13, 2009

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE